THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JOSEPH P. WILSON (SBN 228180)
Assistant United States Attorney
  Federal Building, Suite 7211
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-4961
  Facsimile:  (213) 894-0115
  E-mail: Joseph.P.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV 09-5523 R (VBKx) |
| Petitioner, ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| KEITH S. WALKER, ) | |
| Respondent. ) | |
| _____ ) | |

     Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons.  *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration

of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. ___8___,

[X] United States Courthouse
312 North Spring Street, Los Angeles, California, 90012

[ ] Roybal Federal Building and United States Courthouse
255 E. Temple Street, Los Angeles, California, 90012

[ ] Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California, 92701

[ ] Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California, 92501

on **September 21, , 2009**, at 10:00 a.m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

1  **IT IS FURTHER ORDERED** that all motions and issues raised by the
2  pleadings will be considered on the return date of this Order.  Only those issues raised
3  by motion or brought into controversy by the responsive pleadings and supported by
4  sworn statements filed within ten (10) days after service of the herein described
5  documents will be considered by the Court.  All allegations in the Petition
6  not contested by such responsive pleadings or by sworn statements will be deemed
7  admitted.

9  DATED: This 30th day of July, 2009.

12  UNITED STATES DISTRICT JUDGE

15  Presented By:

16  THOMAS P. O'BRIEN
    United States Attorney

18  SANDRA R. BROWN
    Assistant United States Attorney
    Chief, Tax Division

21       /s/

22  JOSEPH P. WILSON
    Assistant United States Attorney
    Attorney for the United States of America